# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**EMMITT GEORGE ROSCOE**     **PLAINTIFF**

**V.**     **NO. 4:25-cv-182-DMB-JMV**

**WRENN, et al**     **DEFENDANTS**

## ORDER REQUIRING PLAINTIFF TO COMPLETE AND RETURN
## *IN FORMA PAUPERIS* APPLICATION, AUTHORIZATION AND CERTIFICATE

Plaintiff is a state prisoner proceeding *pro se*. Plaintiff has neither paid the filing fee of $405.00 or filed an application to proceed *in forma pauperis. See* 28 U.S.C. § 1915. Plaintiff will be provided the opportunity to submit the certified copy in support of his request to proceed *in forma pauperis*. Therefore, it is

**ORDERED:**

That within 21 days Plaintiff is directed to fill out the enclosed application for *in forma pauperis*, complete the authorization for release and have the authorized officer responsible for overseeing his prison account fill out the certificate of account, and mail to the Clerk's Office.

Plaintiff is warned that his failure to comply with the requirements of this order may lead to the dismissal of his lawsuit under Rule 41(b), Federal Rules of Civil Procedure, for failure to prosecute and for failure to comply with an order of the court.

THIS the 10th day of November, 2025.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE